UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN L. WILLIAMS | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2533 |
| SOLAR ALTERNATIVES, INC., ET AL. | * | SECTION "E" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Brian L. William's TCPA claims on behalf of "all other similarly situated persons" are **DISMISSED WITHOUT PREJUDICE**, leaving only his individual claim for determination in this matter.

New Orleans, Louisiana, this 19th day of September, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**